AO 440 (Rev. 8/01) Summons in a Civil Action

Janet Bokstrom

# UNITED STATES DISTRICT COURT

District of Massachusetts

John Manganaro

v.

United Parcel Service, Inc
Teamsters Local Union No
170

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

04 CV 10147 WGY

TO: (Name and address of Defendant)

Teamsters Local Union No 170
330 Southwest Cutoff
Worcester MA 01607

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LAW OFFICE OF
HOWARD I. WILGOREN
179 Union Avenue
Framingham, MA 01702

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

1-23-04

**CLERK**                                                                                   **DATE**

(By) DEPUTY CLERK

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE<br>February 11, 2004 |
| NAME OF SERVER<br>RAVI PAHUJA | TITLE<br>Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
_____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
_____

Said service was made at:_____, MASSACHUSETTS

☒ Other:   By handing true and attested copies thereof to   **Ms. Janet Bakstran, Receptionist and**
Duly Authorized Agent for the within-named   **Defendant, Teamsters Local Union No 170.**
Said service was made at:
**330 Southwest Cutoff, Worcester**_____, MASSACHUSETTS

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $ 51.00 | $ 51.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   February 11, 2004
              Date

Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**
PLEASE NOTE THAT IT WAS NECESSARY TO MAKE_____ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| | | | $_____.00 |
| | | | $_____.00 |
| | | | $_____.00 |
| | | | $_____.00 |
| | | | $_____.00 |
| | | | $_____.00 |

**DUE & DILIGENT SEARCH**:   $_____.00   No service was made   TOTAL   $_____.00
because when constable arrived at said address he discovered said address to be

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

**Suvalle, Jodrey & Associates**           One Devonshire Place           Telephone # (617) 720-5733
**Massachusetts Constables since 1925**    Boston, MA 02109              Fax #      (617) 720-5737