AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

John Manganaro

v.

United Parcel Service Inc
Teamsters Local Union No
170

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

04 cv 10147 WGY

TO: (Name and address of Defendant)

United Parcel Service, Inc
1700 West Park Drive
Westborough MA 01581

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LAW OFFICE OF
HOWARD I. WILGOREN
179 Union Avenue
Framingham, MA 01702

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE: 1/23/04

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me (1) | **DATE** February 12, 2004 |
| **NAME OF SERVER** RAVI PAHUJA | **TITLE** Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
_____, MASSACHUSETTS
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
_____
Said service was made at: _____, MASSACHUSETTS

☒ Other: By handing true and attested copies thereof to **Ms. Christina Bonney, Process Specialist for CT**
Corporation System, Registered
~~Duly Authorized~~ Agent for the within-named **Defendant, United Parcel Service, Inc.**

Said service was made at:

**101 Federal Street, Boston**_____, MASSACHUSETTS

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $ 75.00 | $ 75.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on **February 12, 2004**    *Signature of Server* [signed: Ravi Pahuja]

One Devonshire Place, Boston, Massachusetts
*Address of Server*

**ADDITIONAL INFORMATION**
PLEASE NOTE THAT IT WAS NECESSARY TO MAKE __2__ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| 2/10/04 | 4:00p.m. | No service at 1700 West Park Dr., Westborough, Ma. - Said address is the site of an office bldg. and within-named was not listed...An occupant stated within-named moved out a long time ago and Process Server was unable to obtain any forwarding information....Verizon lists UPS with toll free # 800-742-5877 only and no address....Secretary of State's Office lists CT Corporation System as the Registered Agent. | $ .00 $ .00 $ 51.00 |
| | | After contacting your Office Process Server was instructed to make service c/o CT Corporation System, 101 Federal St., Boston, Ma... | $ .00 $ .00 |
| 2/12/04 | 3:50p.m. | Service was made at 101 Federal St., Boston, Ma.................. | $ 24.00 |
| | | | TOTAL $ 75.00 |

**DUE & DILIGENT SEARCH**:  $_____.00    No service was made because when constable arrived at said address he discovered said address to be

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

Suvalle, Jodrey & Associates
Massachusetts Constables since 1925

One Devonshire Place
Boston, MA 02109

Telephone # (617) 720-5733
Fax #        (617) 720-5737