UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN MANGANARO<br>    Plaintiff<br><br>v.<br><br>UNITED PARCEL SERVICE, INC.<br>TEAMSTERS LOCAL UNION NO.<br>170 AFFILIATED WITH THE<br>INTERNATIONAL BROTHERHOOD<br>OF TEAMSTERS<br>    Defendants | )<br>)<br>)<br>)   Civ. Action. No. 0410147WGY<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF APPEARANCE FOR
### UNITED PARCEL SERVICE INC.

Please notice the appearance of Hugh F. Murray and Laurie Alexander-Krom on behalf of the defendant, United Parcel Service Inc., in the above-captioned case.

UNITED PARCEL SERVICE, INC.
By its attorneys,

*/s/ Laurie Alexander-Krom*

Hugh F. Murray - BBO#645595
Hmurray@murthlaw.com
Laurie Alexander-Krom - BBO #637385
Lalexander-krom@murthalaw.com
Murtha Cullina LLP
99 High Street
Boston, MA 02110-2320
Telephone: (617) 457-4000

Certificate of Service
I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by (mail)/(by hand)
Date: 2/26/04  CAK

Date: February 26, 2004