UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN MANGANARO<br>Plaintiff<br><br>v.<br><br>UNITED PARCEL SERVICE, INC.<br>TEAMSTERS LOCAL UNION NO.<br>170 AFFILIATED WITH THE<br>INTERNATIONAL BROTHERHOOD<br>OF TEAMSTERS<br>Defendants | Civ. Action. No. 0410147WGY |

### UNITED PARCEL SERVICE INC.' S MOTION TO EXTEND TIME FOR FILING ITS RESPONSIVE PLEADING

The defendant, United Parcel Service Inc. ("UPS"), requests that this Court extend the time for UPS to file its responsive pleading in the above-captioned case until March 24, 2004. The plaintiff, John Manganaro, does not object to this extension of time.

UNITED PARCEL SERVICE, INC.
By its attorneys,

_/s/ Laurie Alexander-Krom_
Hugh F. Murray - BBO#645595
Laurie Alexander-Krom - BBO #637385
Murtha Cullina LLP
99 High Street
Boston, MA 02110-2320
Telephone: (617) 457-4000

Date: February 26, 2004