UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN MANGANARO<br>    Plaintiff<br><br>v.<br><br>UNITED PARCEL SERVICE, INC.<br>TEAMSTERS LOCAL UNION NO.<br>170 AFFILIATED WITH THE<br>INTERNATIONAL BROTHERHOOD<br>OF TEAMSTERS<br>    Defendants | Civ. Action. No. 0410147~~WGY~~ RCL<br>WGY |

## STIPULATION OF DISMISSAL

The parties hereby stipulate that all of the claims against both defendants, United Parcel Service, Inc. and the Teamsters Local Union No. 170, in the above captioned case have been dismissed with prejudice and without costs and attorneys' fees.

JOHN MANGANARO
By His Attorney,

/s/ Howard I. Wilgoren

Howard I. Wilgoren, Esq. - BBO#527840
179 Union Avenue
Framingham, MA 01702
Telephone: (508) 626-8600

Dated: May 5, 2004

UNITED PARCEL SERVICE, INC.
By its attorneys,

/s/ Laurie Alexander-Krom

Hugh F. Murray - BBO#645595
Laurie Alexander-Krom - BBO #637385
Murtha Cullina LLP
99 High Street
Boston, MA 02110-2320
Telephone: (617) 457-4000